NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-14-0000825
31-AUG-2015
10:30 AM**

NO. CAAP-14-0000825

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


ROLAND I. KEHANO, SR., Petitioner-Appellant, v.
STATE OF HAWAI'I, Respondent-Appellee


APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(S.P.P. NO. 13-1-0014 (CR. NO. 92-0560))


ORDER DENYING MOTION FOR RECONSIDERATION
(By: Foley, Presiding, J., for the court[1])

Upon consideration of Petitioner-Appellant's August 27, 2015 "Response To Merit Ex Parte Declaration In Support By Petitioner-Appellant Roland I. Kehano, Sr., Pro Se" (**Motion**) deemed a motion for reconsideration of the "Order Denying Motion For Reconsideration" filed August 14, 2015, the memorandum/papers in support of the motion, and the records and files in this case,

IT IS HEREBY ORDERED that the Motion is denied.

DATED:  Honolulu, Hawai'i, August 31, 2015.


FOR THE COURT:


Presiding Judge

---

[1] Considered by: Foley, Presiding J., Leonard and Reifurth, JJ.